# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

January 26, 2015

**VIA ECF ONLY**
The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court for the
  Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

      Re:    *Lehman Brothers Holding Inc. v. Hometrust Mortgage Company*
                Case No. 15-cv-00304

Dear Judge Engelmayer:

      We represent Lehman Brothers Holding Inc. ("LBHI") in the above-referenced action. Hometrust Mortgage Company ("Hometrust") filed a motion to withdraw the reference (the "Withdrawal Motion") with the Clerk of the Bankruptcy Court on January 12, 2015. On the same day, Hometrust filed a motion to dismiss the matter in the Bankruptcy Court (the "Motion to Dismiss").

      We write advise the Court of developments following our January 22, 2015 letter regarding scheduling. We have been advised by the Bankruptcy Court that the hearing on the Motion to Dismiss in this case and the substantially identical dismissal motion in another adversary proceeding, *LBHI v. LHM Financial Corp.*, have been re-set for February 17, 2015, because of the Bankruptcy Court's own scheduling conflicts. Thus, it would appear that the primary basis for Hometrust's expedited schedule request for its Withdrawal Motion has been mooted.

                                      Respectfully submitted,

                                      s/ James N. Lawlor

                                      James N. Lawlor

JNL/gp
cc:     Derek Wright, Esq. (via email)