UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LEHMAN BROTHERS HOLDINGS, INC.,

                    Plaintiff,

-v-

HOMETRUST MORTGAGE CO.,

                    Defendant.

------------------------------------------------------------X

15 Civ. 304 (PAE)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: 1/29/15**

PAUL A. ENGELMAYER, District Judge:

    The Court has received letters from the parties regarding scheduling. Dkt. 3–6. Plaintiff's response to defendant's motion to withdraw the bankruptcy reference, Dkt. 1, is due by February 3, 2015. Defendant's reply is due by February 10, 2015. When the motion to withdraw is fully briefed, the Court will promptly review it and notify the parties of its intentions, including to the extent they may bear upon the February 17, 2015 hearing scheduled in Bankruptcy Court.

    Defendant's request for a conference is denied. The Clerk of Court is directed to terminate the motion pending at docket number 3.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 29, 2015
       New York, New York