UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOMETRUST MORTGAGE COMPANY, <br><br> Defendant. | Case No.: 15-cv-00304 (PAE) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2015, I caused *Hometrust Mortgage Company's Reply Memorandum of Law in Support of its Motion to Withdraw the Reference* to be served upon the following by filing the same with the Clerk of Court via the ECF system which will deliver a copy of this document via email, as well as by email:

Adam M. Bialek
abialek@wmd-law.com

Paul R. DeFillipo
pdefillipo@wmd-law.com

James N. Lawlor
jlawlor@wmd-law.com
jgiampolo@wmd-law.com

William A Maher
wmaher@wmd-law.com

Michael A. Rollin
mrollin@joneskeller.com,

4824-4353-7692.1

/s/ *Derek L. Wright*

Richard J. Bernard
Derek L. Wright
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: 212.682.7474
Fax: 212.687.2329
rbernard@foley.com
dlwright@foley.com

Evans D. Prieston
AMERICAN MORTGAGE LAW GROUP
75 Rowland Way, Suite 350
Novato, CA 94945
Tel: (415) 878-0030
Fax: (415) 878-0035
eprieston@americanmlg.com

*Counsel to Defendant Hometrust Mortgage Company*