UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LEHMAN BROTHERS HOLDINGS, INC.,
                            Plaintiff,

               -against-

HOMETRUST MORTGAGE CO.,
                            Defendant.
-------------------------------------------------------------X

15 **CIVIL** 304 (PAE)

**JUDGMENT**

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/20.5

Defendant Hometrust Mortgage Co. ("Hometrust") having moved, under 28 U.S.C. § 157)d_, for permissive withdrawal of the reference of adversary proceeding No. 14-2392 to the United States Bankruptcy Court for the Southern District of New York, the adversary proceeding is part of the much broader case in re Lehman Brothers Holdings, Inc. No. 08-13555, pending before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, Plaintiff Lehman Brothers Holdings, Inc. ("LBHI"), the Plan Administrator for the Lehman Brothers estate, has opposed Hometrust's motion, on February 13, 2014, the Court issued a summary order denying the motion and stating that a decision would follow, and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on February 25, 2015, having rendered its Opinion and Order issuing its decision that Hometrust's motion to withdraw the reference having been denied without prejudice, and directing the Clerk of the Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 25, 2015, issuing its decision that Hometrusts motion to withdraw the reference has been denied without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
February 27, 2015

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____